NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INA ACQUISITION CORP., INSITUFORM TECHNOLOGIES, LLC,**
*Plaintiffs - Appellees*

v.

**COSMIC TOPHAT, LLC,**
*Defendant*

**JOHANN KUBEL,**
*Defendant - Appellant*

---

2015-1484

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 1:08-cv-00333-TCB, United States District Judge Timothy C. Batten Sr.

---

ON MOTION

O R D E R

Upon consideration of the appellant's unopposed motion to extend time to file appellant's principal brief until June 09, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 18, 2015　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　Clerk of Court