NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**INA ACQUISITION CORP., INSITUFORM
TECHNOLOGIES, LLC,**
*Plaintiffs - Appellees*

v.

**COSMIC TOPHAT, LLC,**
*Defendant*

**JOHANN KUBEL,**
*Defendant - Appellant*

_____

2015-1484

_____

Appeal from the United States District Court for the
Northern District of Georgia in case no. 1:08-cv-00333-
TCB, United States District Judge Timothy C. Batten Sr.

_____

ON MOTION

_____

O R D E R

Upon consideration of the appellees' unopposed
motion to extend time to file appellees' principal brief
until August 06, 2015,

IT IS ORDERED THAT:

The motion is granted.

2            INA ACQUISITION CORP. V. COSMIC TOPHAT, LLC

FOR THE COURT

July 17, 2015            /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court